UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WOLF FEVRIER,<br><br>Defendant | Criminal No. 24cr10161<br><br>Violation:<br><br>Count One: Bank Robbery<br>(18 U.S.C. § 2113(a))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)) |

### INFORMATION

### COUNT ONE
Bank Robbery
(18 U.S.C. § 2113(a))

The Acting United States Attorney charges:

On or about February 16, 2024, in West Roxbury, in the District of Massachusetts, the defendant,

WOLF FEVRIER,

did, by force and violence, and by intimidation, take from the person and presence of another money in the amount of $1,475.00, more or less, belonging to, and in the care, custody, control, management, and possession of Rockland Trust Company, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

<u>BANK ROBBERY FORFEITURE ALLEGATION</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Acting United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2113, set forth in Count One, the defendant,

WOLF FEVRIER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                              JOSHUA S. LEVY
                              ACTING UNITED STATES ATTORNEY

                              /s/ John J. Reynolds III
                              _____
                              JOHN J. REYNOLDS III
                              ASSISTANT UNITED STATES ATTORNEY

District of Massachusetts: May 31, 2024